UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| VIRGINIA SCOTT, | ) | No. 05 B 16227 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| ACCESS LENDING CORP., a Texas corporation, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | No. 05 A 1677 |
| v. | ) | (consolidated with No. 05 A 1715) |
| | ) | |
| VIRGINIA SCOTT, et al., | ) | |
| | ) | |
| Defendants. | ) | Judge Goldgar |

**DEFENDANTS REPLY TO PLAINTIFF ACCESS LENDING'S RESPONSE TO DEFENDANTS WITTE AND SYNOVATION'S MOTION TO EXTEND TIME TO ANSWER WRITTEN DISCOVERY**

**I. INTRODUCTION**

Defendants CHARLES C. WITTE, MARK FRANCISCO and SYNOVATION DEVELOPMENT COMPANY engaged in early 2004 in Real Estate development, acquisition and related activities. Not long following the formation of their company they became engaged with an individual named Mohammed Kachvan. Mohammed Kachvan orchestrated the theft of a large sum of money, in the approximate amount of ten to twelve millions dollars, from the above named Defendants, creating a situation which has ultimately resulted in this Adversary action being filed.

As sometimes happens in cases involving multiple Defendants represented by the same counsel, conflicts of interest have developed among the Defendants named in these proceedings.

These conflicts of interest have recently risen to a level that has required they be immediately addressed by the Defendants.

The solution has been to bring in an additional attorney to represent the interest of Defendant CHARLES C. WITTE and to assist in the representation of the business entity, SYNOVATION DEVELOPMENT COMPANY. In order to allow the new attorney to adopt the work of the predecessor attorney to the greatest extent possible, and this within a limited time frame, an extension of time was requested of the Court by motion filed on January 11, 2006; the ensuing result has been to allow Defendant WITTE's new attorney a breathing space of three business days over and above the days previously allowed by this Court, to respond to the Discovery requested by the Plaintiff.

The Motion To Extend The Discovery Date for Defendant WITTE has been brought to address the need for this three-day extension of time. Defendant WITTE regrets any inconvenience caused by this delay and anticipates tendering a prompt response to all other requested Discovery.

Defendant SYNOVATION DEVELOPMENT COMPANY hereby withdraws its request for an extension of the discovery date since recently obtained counsel, through diligent effort, has been able to acquire sufficient knowledge of this case to assure that the Plaintiff's discovery requests pertaining to SYNOVATION DEVELOPMENT COMPANY will be completed in a timely manner.

## II. WHY THE COURT SHOULD GRANT WITTE'S MOTION

Attorney Victor Chirdelli originally obtained the Court's leave to file his appearance on behalf of Defendant CHARLES WITTE on December 12, 2005. Mr. Chirdelli was prepared to file his response to the discovery required of his client on January 11, 2006 in a timely fashion. Recent situations have developed, however, which have made it impossible for Mr. Chirdelli to

continue to represent both CHARLES C. WITTE and MARK FRANCISCO without involving himself in a conflict of interest among clients. Said conflict of interest has been addressed through the proposed Substitute Appearance of present counsel, resulting in separate representation of WITTE in this case. The time requested for the new attorney to review the pending Discovery and cause it to be filed on behalf of CHARLES WITTE represents a three-business-day period, which the pending Motion is ultimately intended to provide.

Providing this additional three-business-day period should not adversely effect the interest of the Plaintiff, this Court or the interest of equity and justice in this cause.

### III. CONCLUSION

Based on the facts noted above, CHARLES C. WITTE requests this Court grant an extension of time to answer Discovery for the additional three-business-day period, running through January 17, 2006, while Defendant SYNOVATION DEVELOPMENT COMPANY withdraws it's Motion to Extend the Time to Answer Written Discovery currently pending with this Court.

Respectfully submitted,

CHARLES C. WITTE AND SYNOVATION
DEVELOPMENT COMPANY

_____
Thomas W. Lynch – Motion for Substitution
as Attorney Pending

Thomas W. Lynch
Attorney at Law
9231 S. Roberts Road
Hickory Hills, Illinois 60457
Phone: 708-598-5999
Attorney No. 6194247

3