**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| VIRGINIA SCOTT, | ) | No. 05 B 16227 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| ACCESS LENDING CORP., a Texas corporation, | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05 A 1677 |
| | ) | (consolidated with No. 05 A 1715) |
| VIRGINIA SCOTT, *et al*., | ) | |
| | ) | |
| Defendants. | ) | Judge Goldgar |

### APPELLANT'S STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

Appellant, Access Lending Corporation ("Access"), pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, files herewith a statement of issues to be presented on appeal**.**

1.      Whether the Bankruptcy Court erred in granting the motion to dismiss filed by Defendants Robert and Evelyn Francisco and dismissing the non-Debtor Defendants from the adversary action when the claims asserted against the non-Debtor Defendants are "related to" the bankruptcy case because they are a result of the same acts, performed by the same individuals, as part of the same conspiracy as Access' claims against Debtor and because they affect the amounts to be distributed to Debtor's creditors.

**[Remainder of Page Intentionally Left Blank]**

Dated: February 6, 2006					Respectfully submitted,

							ACCESS LENDING CORPORATION.


							By:_____/s/ Joni M. Green_____
								One of its Attorneys


Jonathan M. Cyrluk
Joni M. Green
STETLER & DUFFY, LTD.
11 S. LaSalle Street
Suite 1200
Chicago, IL 60603
Tel. (312) 338-0200
Fax. (312) 338-0070

## **CERTIFICATE OF SERVICE**

  I, Joni M. Green, an attorney, certify that I caused copies of the foregoing **Appellant's Statement of Issues to be Presented on Appeal** to be served on the persons on the attached service list by means listed on this 6th Day of February, 2006.

                /s/ Joni M. Green

## SERVICE LIST

VIA ECF SYSTEM
**Attorney for Defendant Virginia Scott**
Mr. Steven Ackerman
566 West Adams Street
Suite 600
Chicago, Illinois 60603
312.454.9300

VIA FACSIMILE and MESSENGER
**Attorney for Defendant Virginia Scott**
Melvin Kaplan
Law Offices of Melvin James Kaplan
14 E. Jackson, Blvd, Suite 1200
Chicago, IL 60604
312.294.8989

VIA FACSIMILE and MESSENGER
**Attorney for Robert Mark Francisco, Evelyn Francisco and Synovation Development LLC**
Mr. Victor F. Ciardelli
Ciardelli and Cummings
19 W. Jackson, Suite 300
Chicago, IL 60604
312.346.2522

VIA ECF SYSTEM
**Attorney for Charles Witte and Synovation Development LLC**
Thomas W. Lynch, Esq.
9231 S. Roberts Road
Hickory Hills, Illinois 60457
708.598.5999

VIA ECF SYSTEM
**Attorney for Angelica Torres and Fabiola Torres**
Joel A. Schechter
Law Offices of Joel A. Schechter
53 W. Jackson, Suite 1025
Chicago, Illinois 60604
312.332.0267